UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

SANDY GOMEZ,

               Defendant.

**ORDER**

15 Cr. 348 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the Government respond to Defendant's Motion for Jail Credit (ECF No. 267) by **November 18, 2022**.

Dated: New York, New York
       November 10, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge